PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Martell Arline  Cr.: 12-00743-001
PACTS #: 63615

Name of Sentencing Judicial Officer:  THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/10/2013

Original Offense: CONSPIRACY TO COMMIT BANK FRAUD

Original Sentence: 36 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, No New Debt/Credit, DNA testing

Type of Supervision: Supervised Release  Date Supervision Commenced: 02/25/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states **'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'** |
| | On March 31, 2016, the offender admitted to over 80 contacts with the following Bureau of Prison inmates: Alexander Leland, Marc Gill, Nadeem Everett, Branden Mima, Marcus Robinson, and Eric Lang (offender's uncle). The offender explained he was friends with the above convicted felons while incarcerated. The offender indicated Alexander Leland, Marc Gill, and Branden Mima are members of the Bloods 93. |

Prob 12A – page 2<br>Martell Arline

2       The offender has violated the special supervision condition which states **'PROHIBITIONS ON GANG/CRIMINAL ASSOCIATIONS**

You shall refrain from associating with, or being in the company of, any members of any street gang, outlaw motorcycle gang, traditional or non-traditional organized crime group, or any other identified threat group. You shall be restricted from frequenting any location where members of said organizations are known to congregate or meet. You shall not have in your possession any item or paraphernalia which has any significance or is evidence of affiliation with said organizations.'

The offender indicated Alexander Leland, Marc Gill, and Branden Mima are members of the Bloods 93 gang.

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his noncompliance. Our will continue to monitor his activities and associations and will notify the Court of any additional instances of non-compliance.

Respectfully submitted,
*Suzanne Golda-Martinez/nm*
By: Suzanne Golda-Martinez
U.S. Probation Officer
Date: 04/04/2016

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

April 19, 2016
Date