PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Martell Arline    Cr.: 12-00743-001
                                    PACTS #: 63615

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/10/2013

Original Offense: 18:1349; Attempt And Conspiracy To Commit Fraud.

Original Sentence: 36 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, No New Debt/Credit, DNA testing

Type of Supervision: Supervised Release    Date Supervision Commenced: 02/25/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states **'If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.'** |
| 2 | The offender has violated the standard supervision condition which states **'You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.'** |

U.S. Probation Officer Action:
The defendant has been verbally reprimanded about his non-compliance and has been re-instructed regarding the conditions of supervised release.

Respectfully submitted,

By: Shannan P. Pereira
    U.S. Probation Officer
Date: 05/31/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/31/17
_____
Date